# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SOLAS OLED LTD. | § | |
| | § | |
| vs. | § | NO:  WA:19-CV-00515-ADA |
| | § | |
| GOOGLE INC. | § | |

## ORDER SETTING MOTION HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on April 14, 2020 at 02:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **8th day of April, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE