# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SOLAS OLED LTD.,  )<br>)<br>Plaintiff,  )<br>)   Civil Action No. 6:19-CV-00515-ADA<br>v.  )<br>)<br>GOOGLE LLC,  )<br>)<br>Defendant.  )<br>) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff, with Defendants' agreement, respectfully submits the attached proposed Protective Order for the Court's signature.

Dated: April 13, 2020

/s/ Reza Mirzaie

Marc Fenster (CA SB No. 181067)
Reza Mirzaie (CA SB No. 246953)
Neil A. Rubin (CA SB No. 181067)
Kent N. Shum (CA SB No. 259189)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: mfenster@raklaw.com
E-mail: rmirzaie@raklaw.com
E-mail: nrubin@raklaw.com
E-mail: kshum@raklaw.com

Sean A. Luner
CA State Bar No. 165443
Gregory S. Dovel
CA State Bar No. 135387
Jonas B. Jacobson
CA State Bar No. 269912
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401

Telephone: 310-656-7066
Email: sean@dovel.com
Email: greg@dovel.com
Email: jonas@dovel.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF SOLAS OLED, LTD.**

Dated: April 13, 2020

By */s/ Michael E. Jones*

Michael E. Jones
SBN: 10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

Brian M. Cook
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: bcook@omm.com

Nicholas J. Whilt
O'Melveny & Myers LLP
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
(213) 430-6000

- 2 -

Fax: (213) 430-6407
Email: nwhilt@omm.com

Darin W. Snyder
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
415-984-8846
Fax: 415-984-8701
Email: dsnyder@omm.com

David S. Almeling
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
415-984-8700
Fax: 415-984-8701
Email: dalmeling@omm.com

Ryan K Yagura
O'Melveny & Myers - LA
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
213-430-6189
Fax: 213-430-6407
Email: ryagura@omm.com

Mark Liang
O'Melveny and Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
415-984-8700
Fax: 415-984-8701
Email: mliang@omm.com

Eric Y. Su
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
213-430-6000
Fax: 213-430-6407
Email: esu@omm.com

**ATTORNEYS FOR DEFENDANT,
GOOGLE LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 13, 2020.

                                               */s/ Reza Mirzaie*
                                               Reza Mirzaie